1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JULIANO ROSARIO and FRANK
ROSARIO,

               Plaintiff(s),

v.

CLARK COUNTY SCHOOL
DISTRICT, et al.,

               Defendant(s).

2:13-CV-362 JCM (PAL)

**ORDER**

      Presently before the court is plaintiffs' ex parte motion for injunctive relief.  (Doc. # 3). After reviewing the motion, the court finds it appropriate to deny the motion on the ex parte basis only.[1]  However, the court recognizes that the present motion is time sensitive since one of the plaintiffs is scheduled to graduate from high school in May 2013.

      Therefore, the court finds a slightly expedited briefing schedule warranted in this case. Defendants are ordered to respond on or before Monday, March 25, 2013.  Plaintiffs shall file their reply, if any, on or before Tuesday, April 2, 2013.

. . .

. . .

---

      [1] Indeed, as an alternative, plaintiffs asked the court to deny the motion on the ex parte basis only, and treat the motion/application as a regular motion for preliminary injunctive relief.

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs ex parte motion

3    for injunctive relief (doc. # 3) be, and the same hereby, is DENIED on the ex parte basis only.

4        IT IS FURTHER ORDERED that the clerk of the court shall unseal the motion.

5        IT IS FURTHER ORDERED that the parties shall adhere to the briefing schedule provided

6    *supra*.

7        DATED March 12, 2013.

8

9    _____

10   **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**