MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
MOOREA KATZ
Nevada Bar No. 12007
katzmo@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
Fax:         (702) 792-9002
*Attorneys for Defendants*
*Clark County School District, Emile Wozniak,*
*Ron Isaacs, Laurie Evans, Eric Gygatz,*
*Jim Dinkel and Darrel Brown*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIANO ROSARIO and FRANK ROSARIO,<br><br>              Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, EMILE WOZNIAK in his official capacity, RON ISAACS in his official capacity, DARREL BROWN, individually and in his official capacity, LAURIE EVANS individually and in her official capacity, ERIC GYGATZ, individually and in his official capacity, and JIM DINKEL, individually and in his official capacity,<br><br>              Defendants | Case No.  2:13-cv-00362 (JCM) (PAL)<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs filed an ex parte application for injunctive relief. (Doc. # 3) Defendants filed a response in opposition to ex parte application for injunctive relief or, in the alternative, application for preliminary injunctive relief. (Doc. # 12). Plaintiffs' filed a reply. (Doc. #15).

1

LV 419976024v3

A hearing in the above-entitled matter was held on April 10, 2013 at 10:30 a.m. with counsel appearing for all parties. After reviewing the pleadings on file herein and entertaining the argument of counsel, the court finds the following:

1. Juliano Rosario, a high-school student within Clark County School District ("CCSD") and his father Frank Rosario, seek injunctive relief and in so doing request the Court return plaintiff Juliano to Desert Oasis High School ("Desert Oasis") for the remainder of his senior year, request that Juliano be allowed to attend prom and other events at Desert Oasis, seek to prohibit the communication of Juliano's discipline records and tweets during the pendency of the action and seek to enjoin CCSD from punishing Juliano in any way.

2. A preliminary injunction is an extraordinary remedy that may not be granted unless the movant can clearly show "1) he is likely to succeed on the merits of such a claim; 2) he is likely to suffer irreparable harm in the absence of preliminary relief; 3) the balance of equities tips in his favor; and 4) that an injunction is in the public interest." *Winter v. NRDC, Inc.*, 555 U.S. 7, 20, 129 S. Ct. 365, 172 L.Ed.2d 249 (2008).

3. Plaintiffs have failed to satisfy their burden of demonstrating that they will suffer irreparable injury if the preliminary injunction they have requested is not issued. Although plaintiffs allege that Juliano will be harmed because he will not graduate with his friends at Desert Oasis, will not be able to attend the Desert Oasis prom, is not being taught by his former teachers at Desert Oasis and will not be able to attend his sister's cheerleading events at Desert Oasis, such allegations do not constitute the "irreparable injury" requisite required for the issuance of a prelimimnary injunction.

4. Additionally, to the extent plaintiffs' contend that Juliano's millenium scholarship is in jeopardy due to defendants' act of disciplining Juliano, such injury is entirely speculative. "Speculative inury does not constitute irreparable injury." *Goldie's Bookstore, Inc. v. Superior Court of Cal.*, 739 F.2d 466, 472 (9th Cir. 1984).

LV 419976024v3

5. As plaintiffs have not shown irreparable harm, the court need not reach a decision regarding the remaining factors set forth in *Winter v. NRDC, Inc.*, 555 U.S. 7, 20, 129 S. Ct. 365, 172 L.Ed.2d 249 (2008).

6. For the foregoing reasons, plaintiffs' ex parte motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated this 23rd day of April, 2013

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

GREENBERG TRAURIG, LLP

*/s/ Kara B. Hendricks*

MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
MOOREA L. KATZ
Nevada Bar No. 12007
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants*

Approved as to Form & Content:

HARRIS, YUG & OHLINGER

*/s/*

ROBERTA OHLINGER-JOHNSON, ESQ.
Nevada Bar No. 10946
ELLIOT D. YUG, ESQ.
Nevada Bar No. 5172
1489 W. Warm Springs Road Ste. #110
Henderson, Nevada 89104
*Attorneys for Plaintiffs*

3

LV 419976024v3