1  MARK E. FERRARIO
   Nevada Bar No. 1625
2  ferrariom@gtlaw.com
   KARA B. HENDRICKS
3  Nevada Bar No. 7743
   hendricksk@gtlaw.com
4  MOOREA KATZ
   Nevada Bar No. 12007
5  katzmo@gtlaw.com
   GREENBERG TRAURIG, LLP
6  3773 Howard Hughes Parkway, Suite 400 North
   Las Vegas, Nevada 89169
7  Telephone:  (702) 792-3773
   Fax:        (702) 792-9002
8  *Attorneys for Defendants*
   *Clark County School District, Emile Wozniak,*
9  *Ron Isaacs, Laurie Evans, Eric Gygatz,*
   *Jim Dinkel and Darrel Brown*
10

11             UNITED STATES DISTRICT COURT

12                  DISTRICT OF NEVADA

13

14  JULIANO ROSARIO and FRANK         Case No. 2:13-cv-00362-JCM-PAL
    ROSARIO,
15
                 Plaintiffs,
16
    vs.
17
                                      **STIPULATION AND ORDER TO
18  CLARK COUNTY SCHOOL DISTRICT,     DISMISS PLAINTIFFS' CLAIMS
    EMILE WOZNIAK in his official capacity,  AGAINST DEFENDANTS CLARK
    RON ISAACS in his official capacity,     COUNTY SCHOOL DISTRICT, EMILE
19  DARREL BROWN, individually and in his    WOZNIAK, RON ISAACS, DARREL
    official capacity, LAURIE EVANS          BROWN, LAURIE EVANS, ERIC
20  individually and in her official capacity, ERIC  GYGATZ, AND JIM DINKEL WITH
    GYGATZ, individually and in his official  PREJUDICE**
21  capacity, and JIM DINKEL, individually and
    in his official capacity,
22
                 Defendants.
23

24

25  ─────────────────────────

26  ///

27  ///

28
                                    1
LV 420085989v1

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective attorneys, that all of Plaintiffs' claims and causes of action against Defendants Clark County School District, Emile Wozniak, Ron Isaacs, Darrel Brown, Laurie Evans, Eric Gygatz, and Jim Dinkel are DISMISSED WITH PREJUDICE, each party to bear their own attorney's fees and costs.

DATED OCTOBER 10, 2013.

**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks
MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
MOOREA KATZ
Nevada Bar No. 12007
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

*Attorneys for Defendants
Clark County School District, Emile
Wozniak, Ron Isaacs, Laurie Evans, Eric
Gygatz, Jim Dinkel and Darrel Brown*

DATED OCTOBER 10, 2013.

**WARM SPRINGS LAW GROUP
FKA HARRIS, YUG, AND OHLINGER**

/s/ Roberta Ohlinger-Johnson
ROBERTA OHLINGER-JOHNSON, ESQ.
Nevada Bar No. 10946
1489 W. Warm Springs Road Ste. #110
Henderson, NV 89014

*Attorney of Record for Plaintiffs*

Dated October 8, 2013.

Frank Rosario, Plaintiff

Dated October 8, 2013.

Juliano Rosario, Plaintiff

///

///

LV 420085989v1

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

1  **IT IS SO ORDERED.**

2  DATED October 11, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks
MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
MOOREA KATZ
Nevada Bar No. 12007
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

*Attorneys for Defendants*

LV 420085989v1

3